IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 1:16-PO-00053 SAB |
| vs. | ) | ORDER OF RELEASE |
| ARTHUR J. GRAVES, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on January 16, 2018,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: January 16, 2018

HONORABLE SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE